USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY PALIN,

                    Plaintiff,

            v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

No. 20-CV-1758 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 27, 2020, Plaintiff Tiffany Palin filed a complaint appealing the decision of the Commissioner of Social Security that found her ineligible for disability insurance benefits and supplemental security income benefits. The case was subsequently referred to Magistrate Judge Fox for a report and recommendation. On July 29, 2021, Judge Fox issued a report and recommendation (the "Report") recommending that Plaintiff's motion for judgment on the pleadings be granted and that the matter be remanded to the Commissioner of Social Security. Neither party filed an objection to the Report.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties may object to a magistrate judge's recommended findings "[w]ithin 14 days after being served with a copy of the recommended disposition." Fed. R. Civ. P. 72(b)(2). "When neither party submits an objection to a report and recommendation, or any portion thereof, a district court reviews the report and recommendation for clear error." *Filippo v. Saul*, 483 F. Supp. 3d 213, 214 (S.D.N.Y. 2020).

As no objections to the Report were filed, the Court has reviewed Judge Fox's well-reasoned Report for clear error. After careful review of the record, the Court finds no error and

adopts the Report in its entirety.  It is therefore ordered that the Plaintiff's motion for judgment on

the pleadings is granted and that this matter be remanded to the Commissioner of Social Security.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:          September 15, 2021
                New York, New York

_____
Ronnie Abrams
United States District Judge