**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

TIFFANY PALIN,

                      Plaintiff,                        20 **CIVIL** 1758 (RA)

        -against-                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated September 15, 2021, on July 15, 2021, Judge Fox issued a report and recommendation (the "Report") recommending that Plaintiff's motion for judgment on the pleadings be granted and that the matter be remanded to the Commissioner of Social Security. Neither party filed an objection to the Report. As no objections to the Report were filed, the Court has reviewed Judge Fox's well-reasoned Report for clear error. After careful review of the record, the Court finds no clear error and adopts the Report in its entirety. It is therefore ordered that the Plaintiff's motion for judgment on the pleadings is granted and that this matter be remanded to the Commissioner of Social Security; accordingly, this case is closed.

**Dated:**  New York, New York
         September 15, 2021

                                     **RUBY J. KRAJICK**
                                   _____
                                      **Clerk of Court**
                  **BY:**
                                      **Deputy Clerk**